**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7327

WRITER'S DIRECT FACSIMILE
(202) 204-7347

WRITER'S DIRECT E-MAIL ADDRESS
jobrien@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                JANE B. O'BRIEN
CRAIG A. BENSON              ALEX YOUNG K. OH
PATRICK S. CAMPBELL          JOSEPH J. SIMONS
CHARLES E. DAVIDOW           ALEXANDRA M. WALSH
KENNETH A. GALLO             BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           BRAD S. KARP*
ALLAN J. ARFFA               PATRICK N. KARSNITZ*
ROBERT A. ATKINS*            JOHN C. KENNEDY*
JOHN F. BAUGHMAN*            BRIAN KIM*
LYNN B. BAYARD*              ALAN W. KORNBERG
DANIEL J. BELLER             DANIEL J. KRAMER*
MITCHELL L. BERG*            DAVID K. LAKHDHIR
MARK S. BERGMAN              STEPHEN P. LAMB*
BRUCE BIRENBOIM*             JOHN E. LANGE
H. CHRISTOPHER BOEHNING*     DANIEL J. LEFFELL*
ANGELO BONVINO*              XIAOYU GREG LIU*
JAMES L. BROCHIN             JEFFREY D. MARELL*
RICHARD J. BRONSTEIN         MARCO V. MASOTTI*
DAVID W. BROWN*              EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*          DAVID W. MAYO*
JESSICA S. CAREY*            ELIZABETH R. McCOLM*
JEANETTE K. CHAN*            WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*           TOBY S. MYERSON*
LEWIS R. CLAYTON             CATHERINE NYARADY*
JAY COHEN                    BRAD R. OKUN*
KELLEY A. CORNISH*           KELLEY D. PARKER*
CHRISTOPHER J. CUMMINGS*     MARC E. PERLMUTTER*
DOUGLAS R. DAVIS*            VALERIE E. RADWANER*
THOMAS V. DE LA BASTIDE III* CARL L. REISNER*
ARIEL J. DECKELBAUM*         LORIN L. REISNER*
ALICE BELISLE EATON*         WALTER G. RICCIARDI*
ANDREW J. EHRLICH*           WALTER RIEMAN*
GREGORY A. EZRING*           RICHARD A. ROSEN
LESLIE GORDON FAGEN          ANDREW N. ROSENBERG*
MARC FALCONE*                JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*           RAPHAEL M. RUSSO*
ANDREW C. FINCH*             ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*         JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*           JEFFREY B. SAMUELS*
ROBERTO FINZI*               DALE M. SARRO
PETER E. FISCH*              TERRY E. SCHIMEK
ROBERT C. FLEDER*            KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM            ROBERT B. SCHUMER*
ANDREW J. FOLEY*             JAMES H. SCHWAB*
HARRIS B. FREIDUS*           JOHN M. SCOTT*
MANUEL S. FREY*              STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*            DAVID R. SICULAR*
MICHAEL E. GERTZMAN*         MOSES SILVERMAN
ADAM M. GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*      MARILYN SOBEL*
ROBERT D. GOLDBAUM*          AUDRA J. SOLOWAY*
NEIL GOLDMAN*                SCOTT M. SONTAG*
ERIC GOODISON*               TARUN M. STEWART*
CHARLES H. GOOGE, JR.*       ERIC ALAN STONE*
ANDREW G. GORDON*            AIDAN SYNNOTT*
UDI GROFMAN*                 ROBYN F. TARNOFSKY*
NICHOLAS GROOMBRIDGE*        MONICA K. THURMOND*
BRUCE A. GUTENPLAN*          DANIEL J. TOAL*
GAINES GWATHMEY, III         LIZA M. VELAZQUEZ*
ALAN S. HALPERIN*            MARIA T. VULLO*
JUSTIN G. HAMILL*            LAWRENCE G. WEE*
CLAUDIA HAMMERMAN*           THEODORE V. WELLS, JR.
GERARD E. HARPER             STEVEN J. WILLIAMS*
BRIAN S. HERMANN*            LAWRENCE I. WITDORCHIC*
ROBERT M. HIRSH              MARK B. WLAZLO*
MICHELE HIRSHMAN             JULIA T.M. WOOD
MICHAEL S. HONG*             JORDAN E. YARETT*
DAVID S. HUNTINGTON*         KAYE N. YOSHINO*
LORETTA A. IPPOLITO*         TONG YU*
JAREN JANGHORBANI*           TRACEY A. ZACCONE*
MEREDITH J. KANE*            T. ROBERT ZOCHOWSKI, JR.*
ROBERTA A. KAPLAN*

*NOT AN ACTIVE MEMBER OF THE DC BAR

November 11, 2014

**By Hand Delivery and ECF**

The Honorable William H. Pauley III
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

>   *The Dial Corporation, et al.* v. *News Corporation, et al.*,
>            No. 13-cv-6802 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

    We write on behalf of Defendants News Corporation, News America, Inc., News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C. (collectively, "NAM") in the above-referenced action, regarding NAM's October 10, 2014 motion to seal certain materials filed in connection with opposing Plaintiffs' motion for class certification, and further to the Court's October 22, 2014 order and Plaintiffs' November 7, 2014 letter.

    Plaintiffs BEF Foods, Inc. and HP Hood LLC designated the documents attached as Exhibits 4 and 5 to the Declaration of William B. Michael, filed October 10, 2014, respectively, as "Confidential" pursuant to the protective order in this case.  As reflected in Plaintiffs' November 7 letter, BEF Foods, Inc. and HP Hood LLC "do not

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

object to the public filing" of these documents, notwithstanding their confidentiality designation.  NAM respectfully submits that Exhibits 4 and 5 should remain under seal, for the reasons set forth in the Declaration of Christopher Blanco, dated November 10, 2014.

Consistent with the foregoing, this Court's October 22, 2014 order, and Plaintiffs' November 7, 2014 submission, NAM respectfully requests that the Court grant the enclosed proposed order.  In addition, please find enclosed a proposed order to seal Exhibits 4 and 5.  NAM respectfully requests that the Court grant the proposed order.  Plaintiffs do not oppose this request.

Respectfully submitted,

*/s/ Jane B. O'Brien*

Jane B. O'Brien

Enclosures

cc:  Counsel of Record (via ECF)