# PAUL HASTINGS

1(202) 551-1762
samermusallam@paulhastings.com

December 9, 2014

**BY ECF AND HAND DELIVERY**

The Honorable William H. Pauley III
U.S. District Judge
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *The Dial Corporation, et al. v. News Corporation, et al.*, No. 1:13-cv-06802 (WHP)

Dear Judge Pauley:

Pursuant to Local Civil Rule 1.8, Plaintiffs and Defendants in the above-referenced matter jointly and respectfully request that the Court issue an order permitting the following attorneys permission to each bring one (1) laptop computer into the courthouse for use during the hearing on Plaintiffs' Motion for Class Certification (Dkt. No. 141) on December 12, 2014:

**Samer M. Musallam**, Paul Hastings LLP, for the Plaintiffs; and
**William B. Michael**, Paul, Weiss, Rifkind, Wharton & Garrison LLP, for the Defendants.

Plaintiffs and Defendants certify that they shall not use or permit the use of such equipment to make or record images or sounds, and that any such capabilities will be disabled.

A Proposed Order is attached.

Respectfully,

*/s/ Samer Musallam/*

Samer M. Musallam
for PAUL HASTINGS LLP

SMM

Enclosure

cc:   All counsel of record via e-mail
      Judgments Clerk, via e-mail