

590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ∎ p212 223-4000 ∎ f212 223-4134

**John N. Thomas**
(212) 895-4306
jnthomas@crowell.com

March 5, 2015

<u>**VIA ECF**</u>

The Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    <u>*The Dial Corporation, et al. v. News Corporation, et al.*</u>
              <u>Civ. Action No. 1:13-CV-06802 (Pauley, J.)</u>

Dear Judge Pauley:

    We represent non-parties Harland Clarke Holdings Corp. ("Harland Clarke") and MacAndrews & Forbes Holdings Inc. n/k/a MacAndrews & Forbes Incorporated ("MacAndrews & Forbes") (collectively, "Movants") in the above-referenced action.  In accordance with the Court's rules, below is a list of each motion paper, memorandum and supporting declaration filed in connection with Movants' Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants.

## **Moving Papers**

| Date | Description | ECF |
|---|---|---|
| 2/20/15 | Notice of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 198 |
| 2/20/15 | Memorandum of Law in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 199 |
| 2/20/15 | Declaration of John N. Thomas in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 200 |

March 5, 2015
Page 2

| | | |
|---|---|---|
| 2/20/15 | Declaration of A. Michael Palizzi in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 201 |

### Opposition Papers

| | | |
|---|---|---|
| 2/27/15 | Defendants' Memorandum of Law in Opposition to Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash Subpoena *Duces Tecum* Served by Defendants | ECF No. 202 |
| 2/27/15 | Declaration of Sharon L. Schneier | ECF No. 203 |

### Reply Papers

| | | |
|---|---|---|
| 3/5/15 | Reply Memorandum of Law in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 204 |
| 3/5/15 | Declaration of Kimberly L. Scott in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 205 |
| 3/5/15 | Declaration of Elizabeth Richman in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 206 |
| 3/5/15 | Declaration of Judy C. Norris in Support of Non-Parties Harland Clarke Holdings Corp.'s and MacAndrews & Forbes Holdings Inc.'s Motion to Quash the Subpoenas *Duces Tecum* Served by Defendants | ECF No. 207 |

Respectfully submitted,

s/ John N. Thomas
John N. Thomas