# SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | 15TH FLOOR |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 560 LEXINGTON AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10022-6828 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (212) 336-8330 |

Lindsey Godfrey Eccles
Direct Dial (206) 516-3832

E-Mail leccles@susmangodfrey.com

May 1, 2015

**VIA ECF**

The Honorable William H. Pauley III
United States District Judge
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *The Dial Corporation, et al. v. News Corporation*, Civ. Action No. 1:13-cv-06802-WHP

Dear Judge Pauley:

We write jointly on behalf of all parties in the above-referenced matter to memorialize a stipulation and agreement ("Stipulation") between the parties concerning the use of testimony given in prior lawsuits in this action. The Stipulation provides that in the event that this Court should find in some future ruling that Rule 32(a)(8) is inapplicable and that Plaintiffs therefore may not use the Prior Testimony in this action, Defendants will not object on timeliness grounds to Plaintiffs seeking, in advance of trial, to take depositions of any witnesses who gave Prior Testimony.

In light of the Court's fact discovery deadline of May 1, 2015, the parties respectfully request that the Court So Order this stipulation and agreement, which is attached as Exhibit A to this letter.

We stand ready to discuss any questions the Court may have regarding this request.

Respectfully submitted,

By:   /s/ Lindsey Godfrey Eccles
Lindsey Godfrey Eccles
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Email: leccles@susmangodfrey.com
*Attorneys for Plaintiffs*

By:   /s/ Jane B. O'Brien
Jane B. O'Brien
PAUL, WEISS, RlFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 223-7300
Email: jobrien@paulweiss.com
*Attorneys for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE DIAL CORPORATION,<br>HENKEL CONSUMER GOODS INC.,<br>H.J. HEINZ COMPANY,<br>H.J. HEINZ COMPANY L.P.,<br>FOSTER POULTRY FARMS,<br>SMITHFIELD FOODS, INC.,<br>HP HOOD LLC, BEF FOODS, INC.,<br>SPECTRUM BRANDS, INC.<br><br>Individually and On Behalf of Similarly Situated Companies<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NEWS CORPORATION,<br>NEWS AMERICA INC.,<br>NEWS AMERICA MARKETING FSI LLC<br>NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C. and<br>　　　　　　　Defendants. | Civil Action No. 13-CV-6802-WHP<br><br>**STIPULATION AND PROPOSED ORDER<br>RE: PRIOR TESTIMONY** |

　　　　WHEREAS the fact discovery deadline in this case is May 1, 2015;

　　　　WHEREAS the Court has adjourned sine die the deadline for the parties to file a Joint Pre-Trial Order (ECF No. 214);

　　　　WHEREAS certain individuals gave deposition and trial testimony in the following prior lawsuits against Defendants: *FloorGraphics v. News America Marketing In-Store Services, Inc.*, No. 04-cv-3500 (D.N.J.); *Insignia Systems, Inc. v. News America Marketing In-Store, Inc.*, No. 04-cv-4213 (D. Minn.); *Valassis Comm'cns, Inc. v. News America, Inc.*, 2:06-cv-10240 (E.D. Mich.) and No. 07-706645 (Wayne Ct. Cir. Ct., Mich.) (the "Prior Testimony"); and

WHEREAS the parties are in dispute as to whether the Prior Testimony falls under the provisions of Federal Rule of Civil Procedure 32(a)(8) and may be used in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that in the event that this Court should find in some future ruling that Rule 32(a)(8) is inapplicable and that Plaintiffs therefore may not use the Prior Testimony in this action, Defendants will not object on timeliness grounds to Plaintiffs seeking, in advance of trial, to take depositions of any witnesses who gave Prior Testimony.  By this Stipulation Plaintiffs do not in any way concede that Rule 32(a)(8) is inapplicable.

IT IS SO ORDERED.

DATED: _____        _____
                                           Judge William H. Pauley III