PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300

WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A
BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7327

WRITER'S DIRECT FACSIMILE
202-204-7347

WRITER'S DIRECT E-MAIL ADDRESS
jobrien@paulweiss.com

May 8, 2015

**By ECF and Hand Delivery**

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

     *The Dial Corporation, et al.* v. *News Corporation, et al.*,
       No. 13-cv-6802 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

    We write on behalf of Defendants News Corporation, News America, Inc., News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C. (collectively, "Defendants" or "NAM") in the above-referenced action pursuant to Section V(A) of Your Honor's Individual Practices and Paragraph 36 of the Stipulation and Protective Order entered on November 19, 2013 (ECF No. 82), as amended by the Stipulation and Supplemental Protective Order entered on January 27, 2014 (ECF No. 87) and the Second Supplemental Protective Order entered on October 7, 2014 (ECF No. 155) (collectively, the "Protective Order").

    Defendants submit herewith a letter motion requesting a pre-motion conference in contemplation of a motion for summary judgment ("Letter Motion"). Defendants respectfully request the Court's permission to file certain limited portions of the Letter Motion and its two exhibits under seal, for the following reasons:

- Page two and Exhibit A reference highly sensitive commercial data and other information regarding NAM's contracts with retail stores. NAM takes care to maintain this information internally and, if publicly disclosed, it would cause significant harm to NAM's business. *See* Declaration of Christopher Blanco dated October 10, 2014 (ECF No. 160-1.); Declaration of Christopher Blanco dated November 11, 2014 (ECF

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable William H. Pauley III                                                                                                  2

No. 169).  Exhibit A contains excerpts of deposition testimony from Plaintiffs' liability and damages expert that have been designated as "Highly Confidential" pursuant to the Protective Order.

- Page three (at footnote four) and Exhibit B reference deposition testimony that has been designated as "Highly Confidential/Outside Attorneys' Eyes Only" by a third party competitor to NAM.

In accordance with Your Honor's Individual Practices and the Protective Order, please find enclosed the following materials:

- An unredacted version of the Letter Motion and its Exhibits;

- A  version of the Letter Motion that highlights the portions that NAM proposes for redaction;

- A proposed order permitting NAM to file the redacted version of the Letter Motion on ECF and its exhibits under seal.

We respectfully request that Your Honor enter the proposed order. Defendants have conferred with Plaintiffs, who do not oppose this request.

                Respectfully submitted,


                 /s/ Jane B. O'Brien
                Jane B. O'Brien

Enclosures

cc:  Counsel of Record (via email)