PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300

WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A
BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7356

WRITER'S DIRECT FACSIMILE
(202) 204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

June 25, 2015

**By ECF and Hand Delivery**

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, NY  10007-1312

       *The Dial Corporation, et al.* v. *News Corporation, et al.*,
          No. 13-cv-06802 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

      We are writing to inform the Court that on Thursday, July 2, Defendants plan to file with the Second Circuit Court of Appeals a petition for review of this Court's class certification order, pursuant to Fed. R. Civ. P. 23(f).  We are providing this information in advance of the pre-motion conference set for next Tuesday, June 30, to the extent Your Honor may wish to consider it in the context of addressing any additional discovery and summary judgment briefing.

      The timing of the Rule 23(f) petition is as follows:  Defendants' petition will be filed on July 2.  Plaintiffs' response will be due on July 13.  It is our understanding that the Second Circuit typically rules on petitions for review from class certification orders within approximately three to four months of filing.  In this case, therefore, we estimate that the Court of Appeals will rule on Defendants' petition in or around October 2015.

                                    Respectfully submitted,

                                    /s/  Kenneth A. Gallo

                                  Kenneth A. Gallo

cc:     Counsel of Record (by ECF)