**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 2001 K STREET, NW<br>TELEPHONE (202) 223-7300<br>WASHINGTON, DC 20006-1047 | 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>TELEPHONE (212) 373-3000<br><br>UNIT 3601, OFFICE TOWER A<br>BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER
(202) 223-7356

WRITER'S DIRECT FACSIMILE
(202) 204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

August 6, 2015

**By ECF and Hand Delivery**

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

                *The Dial Corporation, et al.* v. *News Corporation, et al.*,
                          No. 13-cv-06802 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

      We write jointly on behalf of all parties in the above-referenced matter to memorialize a stipulation and agreement ("Stipulation") between the parties concerning the deposition of witnesses designated by the parties as potential witnesses for trial. The Stipulation provides that, under certain circumstances, if a party includes on its witness list in the Joint Pre-Trial Order a witness who has not previously been deposed during discovery in this case, the opposing party will be afforded the opportunity to depose such witness, and no party will object to such a deposition as untimely.

      The parties respectfully request that the Court So Order this stipulation and agreement, which is attached as Exhibit A to this letter.

      We stand ready to discuss any questions the Court may have regarding this request.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable William H. Pauley III                                                                 2

Respectfully submitted,

| By: | /s/ Lindsey Godfrey Eccles | By: | /s/ Kenneth A. Gallo |
|---|---|---|---|
| | Lindsey Godfrey Eccles | | Kenneth A. Gallo |
| | SUSMAN GODFREY LLP | | PAUL, WEISS, RIFKIND, |
| | 1201 Third Avenue, Suite 3800 | | WHARTON & GARRISON LLP |
| | Seattle, WA 98101-3000 | | 2001 K Street, N.W. |
| | Telephone: (206) 516-3880 | | Washington, DC 20006-1047 |
| | Email: leccles@susmangodfrey.com | | Telephone: (202) 223-7356 |
| | Attorneys for Plaintiffs | | Email: kgallo@paulweiss.com |
| | | | Attorneys for Defendants |