UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE DIAL CORPORATION,<br>HENKEL CONSUMER GOODS, INC.,<br>KRAFT HEINZ FOODS COMPANY,<br>H.J. HEINZ COMPANY, L.P.,<br>FOSTER POULTRY FARMS,<br>SMITHFIELD FOODS, INC.,<br>HP HOOD LLC,<br>BEF FOODS, INC., and<br>SPECTRUM BRANDS, INC.,<br>Individually and On Behalf of<br>Similarly Situated Companies,<br><br>                Plaintiffs,<br><br>                v.<br><br>NEWS CORPORATION,<br>NEWS AMERICA, INC.,<br>NEWS AMERICA MARKETING FSI L.L.C.,<br>and NEWS AMERICA MARKETING IN-<br>STORE SERVICES L.L.C.,<br><br>                Defendants. | Civil Action No. 13-CV-06802-WHP<br><br>**FILED UNDER SEAL** |

## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                              2001 K Street, N.W.
                              Washington, DC  20006-1047
                              Tel: (202) 223-7300
                              Fax: (202) 223-7420

                              1285 Avenue of the Americas
                              New York, NY  10019-6064
                              Tel: (212) 373-3000
                              Fax: (212) 757-3990

                              *Counsel for Defendants*

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
SUBJECT TO DEFENDANTS' UNOPPOSED MOTION TO SEAL**

**TABLE OF CONTENTS**

PRELIMINARY STATEMENT ................................................................................................... 1

RELEVANT BACKGROUND ..................................................................................................... 6

THE FOURTH AMENDED COMPLAINT ................................................................................ 12

LEGAL STANDARD................................................................................................................... 13

ARGUMENT ................................................................................................................................ 13

I.  SUMMARY JUDGMENT SHOULD BE GRANTED
    DISMISSING THE EXCLUSIVE DEALING CLAIMS................................................... 14

    A.  NAM's Contracts with Retailers Did Not Foreclose Competition ........................ 15

    B.  NAM's Agreements with CPGs Were Not Exclusive ........................................... 27

II. SUMMARY JUDGMENT SHOULD BE GRANTED
    DISMISSING THE MONOPOLIZATION CLAIM .......................................................... 27

    A.  The Alleged Business Torts Did Not Harm Competition...................................... 28

    B.  The Alleged Agreements with Competitors Were Not Anticompetitive............... 32

III. NAM IS ENTITLED TO SUMMARY JUDGMENT BECAUSE THERE IS
     NO EVIDENCE NAM HAD POWER IN A RELEVANT PRODUCT MARKET ........ 33

IV. SUMMARY JUDGMENT SHOULD BE GRANTED BECAUSE
    PLAINTIFFS CANNOT PROVE ANTITRUST INJURY OR DAMAGES.................... 39

V.  THE STATE LAW CLAIMS SHOULD BE DISMISSED............................................... 40

CONCLUSION............................................................................................................................. 40

## **TABLE OF AUTHORITIES**

**Page(s)**

**CASES**

*AD/SAT, Div. of Skylight, Inc.* v. *Assoc. Press*,
    181 F.3d 216 (2d Cir. 1999) ................................................................................................. 34

*Am. Prof'l Testing Serv., Inc.* v. *Harcourt Brace Jovanovich Legal & Prof'l Publ'ns Inc.*,
    108 F.3d 1147 (9th Cir. 1997) ............................................................................................. 29

*In re "Apollo" Air Passenger Computer Reservation Sys. (CRS)*,
    720 F. Supp. 1068 (S.D.N.Y. 1989) .................................................................................... 27

*Astra Media Grp., LLC* v. *Clear Channel Taxi Media, LLC*,
    414 F. App'x 334 (2d Cir. 2011) ......................................................................................... 25

*Balaklaw* v. *Lovell*,
    14 F.3d 793 (2d Cir. 1994) .................................................................................... 16, 17, 20

*Barry Wright Corp.* v. *ITT Grinnell Corp.*,
    724 F.2d 227 (1st Cir. 1983) (Breyer, J.) ............................................................................. 16

*Bayou Bottling, Inc.* v. *Dr. Pepper Co.*,
    725 F.2d 300 (5th Cir. 1984) ............................................................................................... 25

*Belfiore* v. *The N.Y. Times Co.*,
    826 F.2d 177 (2d Cir. 1987) ............................................................................................... 38

*Berkey Photo, Inc.* v. *Eastman Kodak Co.*,
    603 F.2d 263 (2d Cir. 1979) .................................................................................... 29, 31, 39

*Brooke Grp. Ltd.* v. *Brown & Williamson Tobacco Corp.*,
    509 U.S. 209 (1993) ............................................................................... 3, 29, 31, 33

*Buffalo Courier-Express, Inc.* v. *Buffalo Evening News, Inc.*,
    601 F.2d 48 (2d Cir. 1979) ............................................................................................ 24, 25

*Capital Imaging Assocs.* v. *Mohawk Valley Med. Assocs., Inc.*,
    996 F.2d 537 (2d Cir. 1993) ........................................................................................... 14, 32

*Cargill, Inc.* v. *Monfort of Colo., Inc.*,
    479 U.S. 104 (1986) ............................................................................................................ 26

*CDC Techs., Inc.* v. *Idexx Labs., Inc.*,
    186 F.3d 74 (2d Cir. 1999) ........................................................................................ 14, 22, 27

*City of Groton* v. *Conn. Light & Power Co.*,
    662 F.2d 921 (2d Cir. 1981) ............................................................................................... 33

*Colo. Interstate Gas Co.* v. *Natural Gas Pipeline Co.*,
   885 F.2d 683 (10th Cir. 1989) ...................................................................................29

*Concord Boat Corp.* v. *Brunswick Corp.*,
   207 F.3d 1039 (8th Cir. 2000) ...................................................................................27

*United States* v. *Continental Can*,
   378 U.S. 441 (1964) ...................................................................................................37

*United States* v. *E.I. du Pont de Nemours & Co.*,
   351 U.S. 377 (1956) .............................................................................................34, 37

*Eatoni Ergonomics, Inc.* v. *Research in Motion Corp.*,
   826 F. Supp. 2d 705 (S.D.N.Y. 2011) ..................................................................33, 40

*El Aguila Food Prods., Inc.* v. *Gruma Corp.*,
   131 F. App'x 450 (5th Cir. 2005) ...............................................................................39

*Emigra Grp., LLC* v. *Fragomen, Del Rey, Bernsen & Loewy, LLP*,
   612 F. Supp. 2d 330 (S.D.N.Y. 2009) ..................................................................33, 38

*Ferguson* v. *Greater Pocatello Chamber of Commerce, Inc.*,
   848 F.2d 976 (9th Cir. 1988) ...............................................................................17, 20

*Fleer Corp.* v. *Topps Chewing Gum, Inc.*,
   658 F.2d 139 (3d Cir. 1981) ................................................................................21, 23

*Franconero* v. *UMG Recordings, Inc.*,
   542 F. App'x 14 (2d Cir. 2013) ..................................................................................39

*Global Disc. Travel Svcs., LLC* v. *Trans World Airlines, Inc.*,
   960 F. Supp. 701 (S.D.N.Y. 1997) .............................................................................37

*United States* v. *Grinnell Corp.*,
   384 U.S. 563 (1966) ...................................................................................................28

*Indeck Energy Servs., Inc.* v. *Consumers Energy Co.*,
   250 F.3d 972 (6th Cir. 2000) ................................................................................16, 17

*Insignia Sys., Inc.* v. *News Am. Mktg. In-Store, Inc.*,
   661 F. Supp. 2d 1039 (D. Minn. 2009) ..........................................................31, 32, 36

*Jefferson Parish Hosp. Dist. No. 2* v. *Hyde*,
   466 U.S. 2 (1984) .................................................................................................14, 22

*K.M.B. Warehouse Distribs., Inc.* v. *Walker Mfg. Co.*,
   61 F.3d 123 (2d Cir. 1995) ..................................................................................22, 26

*Konik* v. *Champlain Valley Physicians Hosp. Med. Ctr.*,
   733 F.2d 1007 (2d Cir. 1984)..................................................................................15, 16

*Little Caesar Enters., Inc.* v. *Smith*,
   895 F. Supp. 884 (E.D. Mich. 1995).................................................................................40

*Mathias* v. *Daily News, L.P.*,
   152 F. Supp. 2d 465 (S.D.N.Y. 2001)...............................................................................38

*Matsushita Elec. Indus. Co., Ltd.* v. *Zenith Radio Corp.*,
   475 U.S. 574 (1986)....................................................................................................13, 14

*MCI Commc'ns Corp.* v. *AT&T Co.*,
   708 F.2d 1081 (7th Cir. 1983) .........................................................................................40

*Menasha Corp.* v. *News Am. Mktg. In-Store, Inc.*,
   238 F. Supp. 2d 1024 (N.D. Ill. 2003) .............................................................................38

*Menasha Corp.* v. *News Am. Mktg. In-Store Servs., Inc.*,
   354 F.3d 661 (7th Cir. 2004) ..................................................................................... passim

*Morgan* v. *Ponder*,
   892 F.2d 1355 (8th Cir. 1989) .........................................................................................25

*Nat'l Ass'n of Pharm. Mfrs., Inc.* v. *Ayerst Labs.*,
   850 F.2d 904 (2d Cir. 1988).............................................................................................31

*Ne. Tel. Co.* v. *Am. Tel. & Tel. Co.*
   651 F.2d 76 (2d Cir. 1981)...............................................................................................33

*NicSand, Inc.* v. *3M Co.*,
   507 F.3d 442 (6th Cir. 2007) .....................................................................................16, 17

*NYNEX Corp.* v. *Discon, Inc.*,
   525 U.S. 128 (1998).......................................................................................................1, 29

*Ocean State Physicians Health Plan, Inc.* v. *Blue Cross & Blue Shield*,
   883 F.2d 1101 (1st Cir. 1989) ..........................................................................................22

*In re Omnicom Grp., Inc. Sec. Litig.*,
   541 F. Supp. 2d 546 (S.D.N.Y. 2008)...............................................................................39

*Pac. Bell Tel. Co.* v. *Linkline Commc'ns, Inc.*,
   555 U.S. 438 (2009)..........................................................................................................39

*PepsiCo, Inc.* v. *Coca-Cola Co.*,
   114 F. Supp. 2d 243 (S.D.N.Y. 2000)...............................................................................13

*PepsiCo, Inc.* v. *Coca-Cola Co.*,
  315 F.3d 101 (2d Cir. 2002) .................................................................................... passim

*Reed Const. Data Inc.* v. *McGraw Hill Cos.*,
  49 F. Supp. 3d 385 ......................................................................................................... 32

*Spectrum Sports, Inc.* v. *McQuillan*,
  506 U.S. 447 (1993) ....................................................................................................... 34

*Spinelli* v. *Nat'l Football League*,
  No. 13 Civ. 7398, 2015 WL 1433370 (S.D.N.Y. Mar. 27, 2015) ................................... passim

*Stop & Shop Supermarket Co.* v. *Blue Cross Blue Shield*,
  373 F.3d 57 (1st Cir. 2004) ............................................................................................ 19

*Superior Production P'ship* v. *Gordon Auto Body Parts Co.*,
  784 F.3d 311 (6th Cir. 2015) ......................................................................................... 26

*S.W.B. New England, Inc.* v. *R.A.B. Food Grp., LLC*, No. 06 Civ. 15357,
  2008 WL 540091 (S.D.N.Y. Feb. 27, 2008) .................................................................. 29

*Tampa Elec. Co.* v. *Nashville Coal Co.*,
  365 U.S. 320 (1961) .......................................................................................... 14, 19, 27

*Ticketmaster Corp.* v. *Tickets.Com, Inc.*,
  No. CV99-7654, 2003 WL 21397701 (C.D. Cal. Mar. 7, 2003) ............................... 18, 21

*Ticketmaster Corp.* v. *Tickets.Com, Inc.*,
  127 F. App'x 346 (9th Cir. 2005) .................................................................................. 18

*Tops Mkts., Inc.* v. *Quality Mkts., Inc.*,
  142 F.3d 90 (2d Cir. 1998) ...................................................................................... 13, 14

*U.S. Healthcare, Inc.* v. *Healthsource, Inc.*,
  986 F.2d 589 (1st Cir. 1993) .......................................................................................... 22

*Verizon Commc'ns Inc.* v. *Law Offices of Curtis V. Trinko, LLP*,
  540 U.S. 398 (2004) ....................................................................................................... 28

*Viacom Int'l Inc.* v. *Tele-Comm'cns, Inc.*,
  No. 93 Civ. 6658, 1994 WL 561377 (S.D.N.Y. Oct. 12, 1994) ..................................... 26

*Westman Commc'n Co.* v. *Hobart*,
  796 F.2d 1216 (10th Cir. 1986) ..................................................................................... 38

*Weyerhaeuser Co.* v. *Ross-Simmons Hardwood Lumber Co.*,
  549 U.S. 312 (2007) ................................................................................................. passim

vi

**OTHER AUTHORITIES**

Fed. R. Civ. P. 56(a) ........................................................................................................13

Areeda & Hovenkamp, Antitrust Law (3d ed. 2008)..................................................25, 29, 32, 40

Richard A. Posner, Antitrust Law: An Economic Perspective 214–15 (2d ed. 2001)...................22

**PAGES 1–40 INTENTIONALLY OMITTED**

Dated: September 30, 2015

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

By: /s/ Kenneth A. Gallo

    Kenneth A. Gallo (kgallo@paulweiss.com)
    Jane B. O'Brien (jobrien@paulweiss.com)
2001 K Street, NW
Washington, D.C. 20006-1047
(202) 223-7300

William B. Michael (wmichael@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Counsel for Defendants*