UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE DIAL CORPORATION,<br>HENKEL CONSUMER GOODS, INC.,<br>KRAFT HEINZ FOODS COMPANY,<br>H.J. HEINZ COMPANY, L.P.,<br>FOSTER POULTRY FARMS,<br>SMITHFIELD FOODS, INC.,<br>HP HOOD LLC,<br>BEF FOODS, INC., and<br>SPECTRUM BRANDS, INC.,<br>Individually and On Behalf of<br>Similarly Situated Companies,<br><br><br>          Plaintiffs,<br><br><br>          v.<br><br>NEWS CORPORATION,<br>NEWS AMERICA, INC,<br>NEWS AMERICA MARKETING FSI L.L.C.,<br>and NEWS AMERICA MARKETING IN-<br>STORE SERVICES L.L.C.,<br>          Defendants. | Civil Action No. 13-CV-06802-WHP |

## NOTICE OF MOTION *IN LIMINE*
## TO EXCLUDE THE TESTIMONY OF PAUL FARRIS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum; the

Declaration of William B. Michael, dated September 30, 2015, and accompanying exhibits; and

all other papers and proceedings in this matter, Defendants News Corporation, News America,

Inc. (n/k/a 21st Century Fox America, Inc.), News America Marketing FSI L.L.C., and News

America Marketing In-Store Services, L.L.C. will move this Court, before the Honorable

William H. Pauley III, United States District Judge for the Southern District of New York, at a

date and time to be determined by the Court, for an order granting Defendants' Motion *in Limine*

to Exclude the Testimony of Paul Farris.

Dated:  September 30, 2015

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP

By:  /s/ Kenneth A. Gallo
    Kenneth A. Gallo (kgallo@paulweiss.com)
    Jane B. O'Brien (jobrien@paulweiss.com)
2001 K Street, NW
Washington, D.C.  20006-1047
(202) 223-7300

William B. Michael (wmichael@paulweiss.com)
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

*Counsel for Defendants*