## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE DIAL CORPORATION, et al.,

    Individually and on behalf of Similarly
Situated Companies,

               Plaintiffs,

       v.

NEWS CORPORATION, et al.,

               Defendants.

Civil Action No. 13-cv-06802-WHP

**FILED UNDER SEAL**

## PLAINTIFFS' OPPOSITION TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Tel: (713) 653-7811

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

*Co-Lead Counsel for Plaintiffs*

## HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
## SUBJECT TO PLAINTIFFS' UNOPPOSED MOTION TO SEAL

3948102v1/013828

PAGES 1-40 INTENTIONALLY OMITTED

Dated: October 30, 2015

Respectfully submitted,

By:

SUSMAN GODFREY L.L.P.
James T. Southwick (*Pro Hac Vice*)
Richard W. Hess (*Pro Hac Vice*)
Ryan Caughey (*Pro Hac Vice*)
1000 Louisiana
Houston, TX 77002
(713) 653-7811
jsouthwick@Susmangodfrey.com
rhess@susmangodfrey.com
rcaughey@susmangodfrey.com

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, PLLC
Steven F. Benz (*Pro Hac Vice*)
Benjamin P. Taibleson (*Pro Hac Vice*)
1615 M St., N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sbenz@khhte.com
btaibleson@khhte.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Ryan Caughey, hereby certify that a copy of the foregoing has been served via email and this Court's ECF upon counsel for Defendants on October 30, 2015.

*s/ Ryan V. Caughey*
Ryan V. Caughey