UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
DIAL CORPORATION, *et al.*,   :
                              :   13cv6802
              Plaintiffs,     :
                              :   SCHEDULING ORDER
        -against-             :
                              :
NEWS CORPORATION, *et al.*,   :
                              :
              Defendants.     :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The parties having appeared for a final pre-trial conference on January 26, 2016, the following schedule is entered on consent:

(1) Any <u>in limine</u> or <u>Daubert</u> motions shall be filed by February 4, 2016; any oppositions shall be filed by February 9, 2016; any replies shall be filed by February 11, 2016; and this Court shall hear oral argument on February 16, 2016 at 11:00 a.m.;

(2) News Corp. shall file its motion to amend the class period by January 29, 2016; any opposition shall be filed by February 3, 2016; and any reply shall be filed by February 4, 2016;

(3) Plaintiffs shall file their opposition to News Corp.'s motion to exclude evidence of claims discharged by releases by February 3, 2016; any reply shall be filed by February 5, 2016; and

(4) The parties shall submit proposed joint requests to charge and proposed voir dire to this Court by February 23, 2016.

       Additionally, the parties' motion to file portions of their joint pre-trial order under seal is denied.

The Clerk of Court is directed to terminate the motions pending at ECF Nos. 392, 423, and 441.

Dated: January 26, 2016
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record.*