USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DIAL CORPORATION,
HENKEL CONSUMER GOODS INC.
KRAFT HEINZ FOODS COMPANY,
H. J. HEINZ COMPANY, L.P.,
FOSTER POULTRY FARMS,
SMITHFIELD FOODS, INC.
HP HOOD LLC,
BEF FOODS, INC., and
SPECTRUM BRANDS, INC.,
Individually and On Behalf of
Similarly Situated Companies,

        Plaintiffs,

v.

NEWS CORPORATION,
NEWS AMERICA INC.,
NEWS AMERICA MARKETING FSI LLC,
and NEWS AMERICA MARKETING IN-
STORE SERVICES, LLC,

        Defendants.

Civil Action No. 13-CV-06802-WHP

[PROPOSED] ORDER

WILLIAM H. PAULEY III, District Judge

      WHEREAS, on January 25, 2016, Class Counsel petitioned on behalf of class member The Procter & Gamble Company ("P&G") for access to information designated "Confidential" and "Highly Confidential" under the Protective Order.

      WHEREAS, the Court finds that P&G should be granted access to "Confidential" and "Highly Confidential" material pursuant to the Protective Order.

      IT IS HEREBY ORDERED that in-house counsel for P&G is permitted access to "Confidential" and "Highly Confidential" information as defined by the Protective Order in this

case. P&G has designated John Finocharo and Megan Frient as the two in-house counsels who can view information designated "Highly Confidential" under the Protective Order.

Dated: January 26, 2016

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.