# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Christopher G. Kelly
(212) 513-3264
christopher.kelly@hklaw.com

February 11, 2016

*Via ECF*

The Honorable William H. Pauley III
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 1007-1312

    Re:   *The Dial Corp. et al. v. News Corp. et al.*
           No. 13-cv-06802 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

    We represent non-party Catalina Marketing Corporation. ("Catalina") in this matter. We write to (i) respond to the misstatements in Defendants' February 5, 2016 letter and (ii) respectfully request that Defendants' request for permission to issue a record subpoena to Catalina be denied.

    The history may be summarized as follows: in early 2014, moving Defendants served their subpoena on Catalina. Extensive negotiations ensued, and hundreds of documents and a privilege log were produced by Catalina.

    In the ensuing months after production, Catalina heard nothing further. In late December of last year, Defendants emailed Catalina requesting that Catalina certify approximately 3,344 pages of documents as business records. *See* Exhibit A. Of the 3,344 pages of documents, only 4 of those pages had actually been produced by Catalina. The remaining 3,340 pages of documents were produced by other unidentified entities and/or gathered from unknown sources. It is this latter category into which the SEC filings, which are the subject of Defendants' February 5 letter to this Court, fall within.

    Given this fact, Catalina repeatedly explained to Defendants that it could either not affirmatively make the "business record exception" representations and/or that it would impose a significant and unreasonable burden on Catalina. Catalina did, however, offer to certify the 4

February 11, 2016
Page 2

pages of documents it had produced, and in fact did so, to the gratitude of counsel. *See* Exhibit B.

Accordingly, Defendants' statement that Catalina has "refused to certify certain of their own documents as authentic business records" is inaccurate.

Defendants have not, nor can they, proffer any plausible basis whatsoever for imposing this unreasonable burden on a non-party such as Catalina. After all, courts routinely take judicial notice of SEC filings. *See Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) (SEC filings are subject to judicial notice because, among other reasons, "the documents are required by law to be filed with the SEC, and no serious question as to their authenticity can exist"). And Defendants are free to obtain certified copies of these records themselves directly from the SEC for a $4 flat fee per record. *See* https://www.sec.gov/forms/request_cert_docs.

Catalina has more than satisfied its discovery obligations as non-party and has at all times cooperated with Defendants' counsel. Catalina respectfully requests this court deny the requested relief as to Catalina.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Christopher G. Kelly*

Christopher G. Kelly

#38984018_v2

# EXHIBIT A

| | |
|---|---|
| **From:** | Webber, Mitchell D. <mwebber@paulweiss.com> |
| **Sent:** | Monday, December 28, 2015 11:56 AM |
| **To:** | Kelly, Christopher (NYC - X73264) |
| **Cc:** | Michael, William; Loftus, Meghan E. |
| **Subject:** | Rule 902(11) certification for Catalina |
| **Attachments:** | Declaration of Custodian of Records Catalina.docx; Catalina - List of Exhibits.pdf |

Chris,

As you know, we represent News America Marketing in *The Dial Corp., et al.* v. *News Corp,, et al.*, C.A. No. 1:13-cv-06802 (SDNY). Attached is a proposed certification, pursuant to Federal Rule of Evidence 902(11), that certain documents produced in the *Dial* matter that were created by Catalina meet the requirements of Rule 803(6)'s business records exception to the hearsay rule. You will soon receive a link to download the full set of exhibits by secure file transfer.

Please let us know by January 8, 2016 if Catalina will agree to execute the attached certification so that we do not need to subpoena a custodian of records to testify about the identified documents.

Thank you, Chris, and please let us know if you have any questions.

Sincerely,
Mitch


**Mitchell D Webber** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7359 (Direct Phone) | (202) 315-3973 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DIAL CORPORATION,
HENKEL CONSUMER GOODS INC.
KRAFT HEINZ FOODS COMPANY,
H. J. HEINZ COMPANY, L.P.,
FOSTER POULTRY FARMS,
SMITHFIELD FOODS, INC.,
HP HOOD LLC,
BEF FOODS, INC.,
SPECTRUM BRANDS, INC.

Civ. Action No. 13-CV-06802 (WHP)

**Individually and On Behalf of
Similarly Situated Companies**
      Plaintiffs,
v.

NEWS CORPORATION,
NEWS AMERICA INC.,
NEWS AMERICA MARKETING FSI LLC,
NEWS AMERICA MARKETING IN-STORE
SERVICES, LLC
      **Defendants.**

**DECLARATION OF
<u>CUSTODIAN OF RECORDS</u>**

    I, [custodian's name], being duly sworn, depose and say:

    1.    I am the duly authorized custodian of business records for Catalina Marketing Co. ("Catalina"), located in St. Petersburg, Florida. I am a qualified person familiar with the manner in which business records are kept at Catalina and have authority to certify, pursuant to Federal Rule of Evidence 902(11), that the documents attached as Exhibit 1 through 225 satisfy the requirements of Federal Rule of Evidence 803(6).

    2.    I have personal knowledge of the facts set forth below.

    3.    The documents attached as Exhibits 1 through 225 are complete and accurate copies of documents maintained by Catalina in the regular course of its business.

    4.    The documents attached as Exhibits 1 through 225 (a) were made at or near the

time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters; (b) were and are kept in the course of Catalina's regularly conducted business activities; and (c) were made as a regular practice of Catalina's regularly conducted business activities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated _____                    _____
                                                [Custodian Name]

**Exhibit List: Catalina Records**

| Bates | Document Description | Exhibit |
|---|---|---|
| | Catalina Marketing Website - About Catalina. | Exhibit 1 |
| | Catalina Marketing Website - Brands and Retailers. | Exhibit 2 |
| | Catalina Marketing Website - CPG - What We Do. | Exhibit 3 |
| | Catalina Marketing Corp. Form 10-K. | Exhibit 4 |
| | Catalina Marketing Corp. Form 10-K. | Exhibit 5 |
| | Catalina Marketing Annual Report. | Exhibit 6 |
| | Catalina Marketing Corporation Form 10-K. | Exhibit 7 |
| | Catalina Marketing Corporation Form 10-K Amendment No. 1. | Exhibit 8 |
| NAM-CPG-022931323 | Catalina Marketing Corp. Form 8-K. | Exhibit 9 |
| GSK-NAM00000267 | Catalina In-Store Placement Agreement | Exhibit 10 |
| GSK-NAM00000274 | Catalina In-Store Placement Agreement | Exhibit 11 |
| GSK-NAM00000282 | Catalina In-Store Placement Agreement | Exhibit 12 |
| GSK-NAM00000292 | Catalina In-Store Placement Agreement | Exhibit 13 |
| GSK-NAM00000303 | Catalina In-Store Placement Agreement | Exhibit 14 |
| GSK-NAM00000313 | Catalina In-Store Placement Agreement | Exhibit 15 |
| GSK-NAM00000324 | Catalina In-Store Placement Agreement | Exhibit 16 |
| GSK-NAM00000334 | Catalina In-Store Placement Agreement | Exhibit 17 |
| GSK-NAM00000347 | Catalina In-Store Placement Agreement | Exhibit 18 |
| GSK-NAM00000357 | Catalina In-Store Placement Agreement | Exhibit 19 |
| GSK-NAM00000364 | Catalina In-Store Placement Agreement | Exhibit 20 |
| GSK-NAM00000371 | Catalina In-Store Placement Agreement | Exhibit 21 |
| GSK-NAM00000381 | Catalina In-Store Placement Agreement | Exhibit 22 |
| GSK-NAM00000391 | Catalina In-Store Placement Agreement | Exhibit 23 |
| PEP 0705.003225 | Catalina In-Store Placement Agreement with H.J. Heinz Company | Exhibit 24 |
| PEP 0705.004905 | Catalina In-Store Placement Agreement with H.J. Heinz Company | Exhibit 25 |
| PEP 0705.004941 | Catalina In-Store Placement Agreement with H.J. Heinz Company | Exhibit 26 |
| PEP 0705.004945 | Catalina In-Store Placement Agreement with H.J. Heinz Company | Exhibit 27 |
| VCP00104082 - VCP00104106 | Catalina Agreement with Masterfoods USA. | Exhibit 28 |
| VCP00104294 - VCP00104312 | Catalina Agreement with Masterfoods USA. | Exhibit 29 |
| VCP00104710 - VCP00104733 | Catalina Agreement with Masterfoods USA. | Exhibit 30 |
| VCP00104735 - VCP00104759 | Catalina Agreement with Masterfoods USA. | Exhibit 31 |
| VCP00104853 - VCP00104871 | Catalina Agreement with Masterfoods USA. | Exhibit 32 |
| VCP00109854 - VCP00109874 | Catalina Agreement with Masterfoods USA, Inc. | Exhibit 33 |
| VCP00110083 - VCP00110102 | Catalina Agreement with Masterfoods USA. | Exhibit 34 |
| VCP00113073 - VCP00113093 | Catalina Agreement with Masterfoods USA. | Exhibit 35 |
| VCP00113097 - VCP00113115 | Catalina Agreement with Masterfoods USA. | Exhibit 36 |
| VCP00114112 - VCP00114131 | Catalina Agreement with Masterfoods USA. | Exhibit 37 |
| VCP00128268 - VCP00128287 | Catalina Agreement with Masterfoods USA. | Exhibit 38 |
| VCP00139400 - VCP00139419 | Catalina Agreement with Masterfoods USA. | Exhibit 39 |
| VCP00139431 - VCP00139450 | Catalina Agreement with Masterfoods USA. | Exhibit 40 |
| VCP00160453 - VCP00160477 | Catalina Agreement with Masterfoods USA. | Exhibit 41 |
| VCP00160480 - VCP00160504 | Catalina Agreement with Masterfoods USA. | Exhibit 42 |
| VCP00160507 - VCP00160531 | Catalina Agreement with Masterfoods USA. | Exhibit 43 |
| VCP00160533 - VCP00160553 | Catalina Agreement with Masterfoods USA. | Exhibit 44 |
| VCP00160556 - VCP00160579 | Catalina Agreement with Masterfoods USA. | Exhibit 45 |
| VCP00184444 | Catalina In-Store Placement Agreement | Exhibit 46 |
| VCP00184700 | Catalina In-Store Placement Agreement | Exhibit 47 |
| VCP00184710 | Catalina In-Store Placement Agreement | Exhibit 48 |
| VCP00184792 | Catalina In-Store Placement Agreement | Exhibit 49 |
| VCP00184802 | Catalina In-Store Placement Agreement | Exhibit 50 |
| VCP00185106 | Catalina In-Store Placement Agreement | Exhibit 51 |
| VCP00185133 | Catalina In-Store Placement Agreement | Exhibit 52 |
| VCP00185147 | Catalina In-Store Placement Agreement | Exhibit 53 |
| VCP00185191 | Catalina In-Store Placement Agreement | Exhibit 54 |

| Bates | Document Description | Exhibit |
|---|---|---|
| VCP00185213 | Catalina In-Store Placement Agreement | Exhibit 55 |
| VCP00185248 | Catalina In-Store Placement Agreement | Exhibit 56 |
| VCP00185363 | Catalina In-Store Placement Agreement | Exhibit 57 |
| VCP00185375 | Catalina In-Store Placement Agreement | Exhibit 58 |
| VCP00185379 | Catalina In-Store Placement Agreement | Exhibit 59 |
| VCP00185397 | Catalina In-Store Placement Agreement | Exhibit 60 |
| VCP00185413 | Catalina In-Store Placement Agreement | Exhibit 61 |
| VCP00185425 | Catalina In-Store Placement Agreement | Exhibit 62 |
| VCP00185437 | Catalina In-Store Placement Agreement | Exhibit 63 |
| VCP00185455 | Catalina In-Store Placement Agreement | Exhibit 64 |
| VCP00185461 | Catalina In-Store Placement Agreement | Exhibit 65 |
| VCP00185510 | Catalina In-Store Placement Agreement | Exhibit 66 |
| VCP00185554 | Catalina In-Store Placement Agreement | Exhibit 67 |
| VCP00185565 | Catalina In-Store Placement Agreement | Exhibit 68 |
| VCP00185612 | Catalina In-Store Placement Agreement | Exhibit 69 |
| VCP00185627 | Catalina In-Store Placement Agreement | Exhibit 70 |
| VCP00185662 | Catalina In-Store Placement Agreement | Exhibit 71 |
| VCP00185673 | Catalina In-Store Placement Agreement | Exhibit 72 |
| VCP00185687 | Catalina In-Store Placement Agreement | Exhibit 73 |
| VCP00185713 | Catalina In-Store Placement Agreement | Exhibit 74 |
| VCP00185755 | Catalina In-Store Placement Agreement | Exhibit 75 |
| VCP00185766 | Catalina In-Store Placement Agreement | Exhibit 76 |
| VCP00185780 | Catalina In-Store Placement Agreement | Exhibit 77 |
| VCP00185818 | Catalina In-Store Placement Agreement | Exhibit 78 |
| VCP00185840 | Catalina In-Store Placement Agreement | Exhibit 79 |
| VCP00197597 | Catalina In-Store Placement Agreement | Exhibit 80 |
| VCP00197701 | Catalina In-Store Placement Agreement | Exhibit 81 |
| VCP00197765 | Catalina In-Store Placement Agreement | Exhibit 82 |
| VCP00197781 | Catalina In-Store Placement Agreement | Exhibit 83 |
| VCP00622600 | Catalina In-Store Placement Agreement | Exhibit 84 |
| VCP00622614 | Catalina In-Store Placement Agreement | Exhibit 85 |
| VCP00622630 | Catalina In-Store Placement Agreement | Exhibit 86 |
| VCP00622642 | Catalina In-Store Placement Agreement | Exhibit 87 |
| VCP00622653 | Catalina In-Store Placement Agreement | Exhibit 88 |
| VCP00622665 | Catalina In-Store Placement Agreement | Exhibit 89 |
| VCP00622676 | Catalina In-Store Placement Agreement | Exhibit 90 |
| VCP00622688 | Catalina In-Store Placement Agreement | Exhibit 91 |
| VCP00622718 | Catalina In-Store Placement Agreement | Exhibit 92 |
| VCP00622734 | Catalina In-Store Placement Agreement | Exhibit 93 |
| VCP00622750 | Catalina In-Store Placement Agreement | Exhibit 94 |
| VCP00622773 | Catalina In-Store Placement Agreement | Exhibit 95 |
| VCP00622791 | Catalina In-Store Placement Agreement | Exhibit 96 |
| VCP00622798 | Catalina In-Store Placement Agreement | Exhibit 97 |
| VCP00622823 | Catalina In-Store Placement Agreement | Exhibit 98 |
| VCP00622833 | Catalina In-Store Placement Agreement | Exhibit 99 |
| VCP00622847 | Catalina In-Store Placement Agreement | Exhibit 100 |
| VCP00622888 | Catalina In-Store Placement Agreement | Exhibit 101 |
| VCP00622899 | Catalina In-Store Placement Agreement | Exhibit 102 |
| VCP00622928 | Catalina In-Store Placement Agreement | Exhibit 103 |
| VCP00622948 | Catalina In-Store Placement Agreement | Exhibit 104 |
| VCP00622950 | Catalina In-Store Placement Agreement | Exhibit 105 |
| VCP00622971 | Catalina In-Store Placement Agreement | Exhibit 106 |
| VCP00622990 | Catalina In-Store Placement Agreement | Exhibit 107 |
| VCP00623019 | Catalina In-Store Placement Agreement | Exhibit 108 |
| VCP00623038 | Catalina In-Store Placement Agreement | Exhibit 109 |
| VCP00623052 | Catalina In-Store Placement Agreement | Exhibit 110 |
| VCP00623071 | Catalina In-Store Placement Agreement | Exhibit 111 |
| VCP00623084 | Catalina In-Store Placement Agreement | Exhibit 112 |
| VCP00623099 | Catalina In-Store Placement Agreement | Exhibit 113 |
| VCP00623115 | Catalina In-Store Placement Agreement | Exhibit 114 |
| VCP00623137 | Catalina In-Store Placement Agreement | Exhibit 115 |
| VCP00623150 | Catalina In-Store Placement Agreement | Exhibit 116 |
| VCP00623169 | Catalina In-Store Placement Agreement | Exhibit 117 |
| VCP00623184 | Catalina In-Store Placement Agreement | Exhibit 118 |
| VCP00623201 | Catalina In-Store Placement Agreement | Exhibit 119 |
| VCP00623239 | Catalina In-Store Placement Agreement | Exhibit 120 |
| VCP00623275 | Catalina In-Store Placement Agreement | Exhibit 121 |
| VCP00623294 | Catalina In-Store Placement Agreement | Exhibit 122 |
| VCP00623305 | Catalina In-Store Placement Agreement | Exhibit 123 |

| Bates | Document Description | Exhibit |
|---|---|---|
| VCP00623318 | Catalina In-Store Placement Agreement | Exhibit 124 |
| VCP00623333 | Catalina In-Store Placement Agreement | Exhibit 125 |
| VCP00623348 | Catalina In-Store Placement Agreement | Exhibit 126 |
| VCP00623362 | Catalina In-Store Placement Agreement | Exhibit 127 |
| VCP00623377 | Catalina In-Store Placement Agreement | Exhibit 128 |
| VCP00623389 | Catalina In-Store Placement Agreement | Exhibit 129 |
| VCP00623401 | Catalina In-Store Placement Agreement | Exhibit 130 |
| VCP00623413 | Catalina In-Store Placement Agreement | Exhibit 131 |
| VCP00623425 | Catalina In-Store Placement Agreement | Exhibit 132 |
| VCP00623437 | Catalina In-Store Placement Agreement | Exhibit 133 |
| VCP00623449 | Catalina In-Store Placement Agreement | Exhibit 134 |
| VCP00623473 | Catalina In-Store Placement Agreement | Exhibit 135 |
| VCP00623496 | Catalina In-Store Placement Agreement | Exhibit 136 |
| VCP00623531 | Catalina In-Store Placement Agreement | Exhibit 137 |
| VCP00623547 | Catalina In-Store Placement Agreement | Exhibit 138 |
| VCP00623563 | Catalina In-Store Placement Agreement | Exhibit 139 |
| VCP00623582 | Catalina In-Store Placement Agreement | Exhibit 140 |
| VCP00623593 | Catalina In-Store Placement Agreement | Exhibit 141 |
| VCP00623608 | Catalina In-Store Placement Agreement | Exhibit 142 |
| VCP00623633 | Catalina In-Store Placement Agreement | Exhibit 143 |
| VCP00623652 | Catalina In-Store Placement Agreement | Exhibit 144 |
| VCP00623671 | Catalina In-Store Placement Agreement | Exhibit 145 |
| VCP00623674 | Catalina In-Store Placement Agreement | Exhibit 146 |
| VCP00623683 | Catalina In-Store Placement Agreement | Exhibit 147 |
| VCP00623686 | Catalina In-Store Placement Agreement | Exhibit 148 |
| VCP00623689 | Catalina In-Store Placement Agreement | Exhibit 149 |
| VCP00623692 | Catalina In-Store Placement Agreement | Exhibit 150 |
| VCP00623695 | Catalina In-Store Placement Agreement | Exhibit 151 |
| VCP00623711 | Catalina In-Store Placement Agreement | Exhibit 152 |
| VCP00623719 | Catalina In-Store Placement Agreement | Exhibit 153 |
| VCP00623727 | Catalina In-Store Placement Agreement | Exhibit 154 |
| VCP00623733 | Catalina In-Store Placement Agreement | Exhibit 155 |
| VCP00623740 | Catalina In-Store Placement Agreement | Exhibit 156 |
| VCP00623937 | Catalina In-Store Placement Agreement | Exhibit 157 |
| VCP00623943 | Catalina In-Store Placement Agreement | Exhibit 158 |
| VCP00623950 | Catalina In-Store Placement Agreement | Exhibit 159 |
| VCP00623957 | Catalina In-Store Placement Agreement | Exhibit 160 |
| VCP00623964 | Catalina In-Store Placement Agreement | Exhibit 161 |
| VCP00623971 | Catalina In-Store Placement Agreement | Exhibit 162 |
| VCP00623979 | Catalina In-Store Placement Agreement | Exhibit 163 |
| VCP00623986 | Catalina In-Store Placement Agreement | Exhibit 164 |
| VCP00623993 | Catalina In-Store Placement Agreement | Exhibit 165 |
| VCP00624000 | Catalina In-Store Placement Agreement | Exhibit 166 |
| VCP00624007 | Catalina In-Store Placement Agreement | Exhibit 167 |
| VCP00624013 | Catalina In-Store Placement Agreement | Exhibit 168 |
| VCP00624020 | Catalina In-Store Placement Agreement | Exhibit 169 |
| VCP00624027 | Catalina In-Store Placement Agreement | Exhibit 170 |
| VCP00624033 | Catalina In-Store Placement Agreement | Exhibit 171 |
| VCP00624042 | Catalina In-Store Placement Agreement | Exhibit 172 |
| VCP00624048 | Catalina In-Store Placement Agreement | Exhibit 173 |
| VCP00624054 | Catalina In-Store Placement Agreement | Exhibit 174 |
| VCP00624069 | Catalina In-Store Placement Agreement | Exhibit 175 |
| VCP00624076 | Catalina In-Store Placement Agreement | Exhibit 176 |
| VCP00624082 | Catalina In-Store Placement Agreement | Exhibit 177 |
| VCP00624089 | Catalina In-Store Placement Agreement | Exhibit 178 |
| VCP00624095 | Catalina In-Store Placement Agreement | Exhibit 179 |
| VCP00624101 | Catalina In-Store Placement Agreement | Exhibit 180 |
| VCP00624115 | Catalina In-Store Placement Agreement | Exhibit 181 |
| VCP00624241 | Catalina In-Store Placement Agreement | Exhibit 182 |
| VCP00624252 | Catalina In-Store Placement Agreement | Exhibit 183 |
| VCP00624263 | Catalina In-Store Placement Agreement | Exhibit 184 |
| VCP00624279 | Catalina In-Store Placement Agreement | Exhibit 185 |
| VCP00624536 | Catalina In-Store Placement Agreement | Exhibit 186 |
| VCP00624548 | Catalina In-Store Placement Agreement | Exhibit 187 |
| VCP00624558 | Catalina In-Store Placement Agreement | Exhibit 188 |
| VCP00624567 | Catalina In-Store Placement Agreement | Exhibit 189 |
| VCP00624576 | Catalina In-Store Placement Agreement | Exhibit 190 |
| VCP00624583 | Catalina In-Store Placement Agreement | Exhibit 191 |
| VCP00624595 | Catalina In-Store Placement Agreement | Exhibit 192 |

| Bates | Document Description | Exhibit |
|---|---|---|
| VCP00624611 | Catalina In-Store Placement Agreement | Exhibit 193 |
| VCP00624623 | Catalina In-Store Placement Agreement | Exhibit 194 |
| VCP00624635 | Catalina In-Store Placement Agreement | Exhibit 195 |
| VCP00624655 | Catalina In-Store Placement Agreement | Exhibit 196 |
| VCP00624667 | Catalina In-Store Placement Agreement | Exhibit 197 |
| VCP00624681 | Catalina In-Store Placement Agreement | Exhibit 198 |
| VCP00624694 | Catalina In-Store Placement Agreement | Exhibit 199 |
| VCP00624707 | Catalina In-Store Placement Agreement | Exhibit 200 |
| VCP00624722 | Catalina In-Store Placement Agreement | Exhibit 201 |
| VCP00624733 | Catalina In-Store Placement Agreement | Exhibit 202 |
| VCP00624748 | Catalina In-Store Placement Agreement | Exhibit 203 |
| VCP00624761 | Catalina In-Store Placement Agreement | Exhibit 204 |
| VCP00624774 | Catalina In-Store Placement Agreement | Exhibit 205 |
| VCP00624793 | Catalina In-Store Placement Agreement | Exhibit 206 |
| VCP00624805 | Catalina In-Store Placement Agreement | Exhibit 207 |
| VCP00624817 | Catalina In-Store Placement Agreement | Exhibit 208 |
| VCP00624833 | Catalina In-Store Placement Agreement | Exhibit 209 |
| VCP00624845 | Catalina In-Store Placement Agreement | Exhibit 210 |
| VCP00624855 | Catalina In-Store Placement Agreement | Exhibit 211 |
| VCP00624866 | Catalina In-Store Placement Agreement | Exhibit 212 |
| VCP00624880 | Catalina In-Store Placement Agreement | Exhibit 213 |
| VCP00624896 | Catalina In-Store Placement Agreement | Exhibit 214 |
| VCP00624907 | Catalina In-Store Placement Agreement | Exhibit 215 |
| VCP00624923 | Catalina In-Store Placement Agreement | Exhibit 216 |
| VCP00624941 | Catalina In-Store Placement Agreement | Exhibit 217 |
| VCP00624951 | Catalina In-Store Placement Agreement | Exhibit 218 |
| VCP00624965 | Catalina In-Store Placement Agreement | Exhibit 219 |
| VCP00624979 | Catalina In-Store Placement Agreement | Exhibit 220 |
| VCP00624996 | Catalina In-Store Placement Agreement | Exhibit 221 |
| VCP00625007 | Catalina In-Store Placement Agreement | Exhibit 222 |
| VCP00625014 | Catalina In-Store Placement Agreement | Exhibit 223 |
| VCP00625024 | Catalina In-Store Placement Agreement | Exhibit 224 |
| CATALINA-150224-0000002 | Catalina Website - News America - salesforce.com - Unlimited Edition. | Exhibit 225 |

Case 1:13-cv-06802-WHP   Document 503   Filed 02/11/16   Page 11 of 14

# EXHIBIT B

**From:** Webber, Mitchell D. [mailto:mwebber@paulweiss.com]
**Sent:** Wednesday, February 03, 2016 10:45 PM
**To:** Kelly, Christopher (NYC - X73264) <Christopher.Kelly@hklaw.com>
**Subject:** RE: Catalina certification

Chris, thanks so much.

Best,
Mitch


**Mitchell D Webber** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7359 (Direct Phone) | (202) 315-3973 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com


**From:** Christopher.Kelly@hklaw.com [mailto:Christopher.Kelly@hklaw.com]
**Sent:** Wednesday, February 03, 2016 3:54 PM
**To:** Webber, Mitchell D. <mwebber@paulweiss.com>
**Subject:** RE: Catalina certification

Mitch: here you go, good luck. Edited slightly to reflect the reality that exists at Catalina. Best, Chris.

**Christopher Kelly | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, NY 10019

Phone 212.513.3264 | Fax 212.385.9010
christopher.kelly@hklaw.com | www.hklaw.com

**From:** Webber, Mitchell D. [mailto:mwebber@paulweiss.com]
**Sent:** Wednesday, February 03, 2016 11:00 AM
**To:** Kelly, Christopher (NYC - X73264) <Christopher.Kelly@hklaw.com>
**Subject:** RE: Catalina certification

Chris, I wanted to check in with you. Are we still on track to get the cert. for the one document?

Thank you again,
Mitch

Mitchell D Webber | Associate
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7359 (Direct Phone) | (202) 315-3973 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com

---

**From:** Webber, Mitchell D.
**Sent:** Wednesday, January 27, 2016 9:40:07 AM
**To:** Christopher.Kelly@hklaw.com
**Subject:** Catalina certification

Chris,

We'd like to take your client up on its agreement to certify the document it produced (formerly "Exhibit 24"). I've modified the declaration and exhibit accordingly.

I don't want to impose, but would it be possible for Catalina to get this back to us today?

Thanks so much,
Mitch

**Mitchell D Webber** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7359 (Direct Phone) | (202) 315-3973 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.