# EXHIBIT 3

# EXHIBIT 3

## KELLOGG HUBER TOTAL HOURS BY TIMEKEEPER

| POSITION | NAME | HOURS | RATE | FEE AMOUNT |
|---|---|---|---|---|
| Partner | Benz, Steven F. | 3,336.20 | $850.00 | $2,835,770.00 |
| Paralegal | Birmingham, James F. | 120.70 | $210.00 | $25,347.00 |
| Clerk | Brennan, James P. | 50.30 | $85.00 | $4,275.50 |
| Staff Attorney | Briggs, Kimberly A. | 2,967.20 | $350.00 | $1,038,520.00 |
| Partner | Conyngham, William J. | 239.50 | $650.00 | $155,675.00 |
| Associate | Edelson, Alexander S. | 110.80 | $525.00 | $58,170.00 |
| Research Director | Endo, Mary Ann K. | 25.30 | $350.00 | $8,855.00 |
| In-House Contract Attorney | Ernst, Christopher G. | 320.30 | $125.00 | $40,037.50 |
| In-House Contract Attorney | Forman, Wallace M. | 49.60 | $125.00 | $6,200.00 |
| Staff Attorney | Garnjost, Kurt | 263.10 | $450.00 | $118,395.00 |
| Associate | Hall, Frederick G. | 755.00 | $395.00 | $298,225.00 |
| Paralegal | Hayes, Darlene | 398.30 | $230.00 | $91,609.00 |
| In-House Contract Attorney | Hevener, Carl D. | 3,299.10 | $210.00 | $692,811.00 |
| Staff Attorney | Little, Ronald S. | 3,226.40 | $350.00 | $1,129,240.00 |
| Clerk | Marini, Ripton A. | 31.80 | $85.00 | $2,703.00 |
| Associate | Navikas, Drew A. | 203.60 | $350.00 | $71,260.00 |
| Researcher | O'Toole, Brian F. | 109.00 | $100.00 | $10,900.00 |
| Staff Attorney | Pecknay, Michael A. | 221.50 | $350.00 | $77,525.00 |
| Associate | Presant, Justin M. | 1,693.10 | $350.00 | $592,585.00 |
| Associate | Rudofsky, Benjamin L. | 279.70 | $395.00 | $110,481.50 |
| Research Manager | Sinn, Carver D. | 349.80 | $210.00 | $73,458.00 |
| Associate | Taibleson, Benjamin P. | 2,933.00 | $550.00 | $1,613,150.00 |
| Clerk | Tapkas, Jason J. | 135.00 | $85.00 | $11,475.00 |
| In-House Contract Attorney | Thunder, James M. | 3,918.90 | $140.00 | $548,646.00 |
| Staff Attorney | Walker, Kevin | 277.00 | $350.00 | $96,950.00 |
| Staff Attorney | Wesely, David H. | 276.50 | $350.00 | $96,775.00 |
| In-House Contract Attorney | Wesely, Penelope E. | 659.80 | $130.00 | $85,774.00 |
| | | | | |
| | **Total Hours:** | **26,250.50 hours** | **Total Fee:** | **$ 9,894,812.50** |