UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
DIAL CORPORATION, *et al.*,                          :
:            13cv6802
Plaintiffs,          :
:            ORDER
-against-                            :
:
NEWS CORPORATION, *et al.*,                          :
:
Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

On March 13, 2017, this Court authorized the distribution of a $250,000,000 settlement fund in this antitrust class action. (ECF No. 614.) Lead counsel now inform this Court that all claimant checks have been issued and cashed. $1.97 in accrued interest remains undistributed—a sum so miniscule that attempting to distribute it among class claimants pro rata would be akin to splitting the atom.

The efforts of lead counsel and the claims administrator to shepherd the distribution process offers a paradigm for smooth and efficient claims administration. If only all class action settlements could end on such a high note, the nettlesome problems inherent to cy pres might disappear. This Court commends counsel and authorizes the claims administrator to keep the change.

Dated: November 20, 2017
       New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.